JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| KENNETH RAY ALLEN, | ) | NO. CV 09-01654 JSL (SS) |
| Petitioner, | ) | |
| v. | ) | **JUDGMENT** |
| DERRAL ADAMS, Warden, | ) | |
| Respondent. | ) | |

Pursuant to the Court's Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the above-captioned action is dismissed with prejudice.

DATED: September 1, 2009

_____
J. SPENCER LETTS
UNITED STATES DISTRICT JUDGE